Per
 
 Curiam.
 

 It is true, that suits at law may be maintained in a case situated like the present. But the court of equity having previously jurisdiction of cases of this nature, their jurisdiction is not taken away by the courts of law having taken cogizance. The jurisdiction of the two courts are
 
 *479
 
 now concurrent.
 
 *
 
 In matters of account, if the legality of a debit or credit be disputed, it is the practice for the court to settle the point of law, and the clerk and master is to make the calculation of the amount and balance.
 

 *
 

 See 3 Bro. C. C. 218. Cox vs. Strode, Ct. Appeals, Kentucky, Fall, 1810. 2 Wash. 121. 2 Caine’s C. E. 37. 1 Atk. 128. Newl. 492.